# Earnings Statement

**John Ziol**
1701 N 6th St Unit 102
Philadelphia, PA 19122
SSN: ••• •• ████

**Pay Date**
Mar 5, 2026

**Pay Period**
Feb 22, 2026 — Feb 28, 2026

**Anthony Michael Reilly
DBA Franklins Barber
Shop**
225 E Girard Ave
Philadelphia, PA 19125
267-709-9750

◼ **Square Payroll**

| Hours and Earnings | Current | YTD |
|---|---|---|
| Amount | $1,703.00 | $10,783.45 |
| **Gross Pay** | **$1,703.00** | **$10,783.45** |

| Payout Amounts | | |
|---|---|---|
| Digital Federal Credit Union | $1,703.00 | |

# Earnings Statement

**John Ziol**
1701 N 6th St Unit 102
Philadelphia, PA 19122
SSN: ••• •▮▮▮

**Pay Date**
Apr 2, 2026

**Pay Period**
Mar 21, 2026 — Mar 28, 2026

**Anthony Michael Reilly
DBA Franklins Barber
Shop**
225 E Girard Ave
Philadelphia, PA 19125
267-709-9750

**⬛ Square Payroll**

| Hours and Earnings | Current | YTD |
|---|---|---|
| Amount | $1,243.50 | $14,988.89 |
| **Gross Pay** | **$1,243.50** | $14,988.89 |

| Payout Amounts | | |
|---|---|---|
| Manual Check | $1,243.50 | |

## Earnings Statement

**John Ziol**
1701 N 6th St Unit 102
Philadelphia, PA 19122
SSN: •••  ••█

**Pay Date**
Apr 9, 2026

**Pay Period**
Mar 29, 2026 — Apr 4, 2026

**Anthony Michael Reilly
DBA Franklins Barber
Shop**
225 E Girard Ave
Philadelphia, PA 19125
267-709-9750

**Square Payroll**

| Hours and Earnings | Current | YTD |
|---|---|---|
| Amount | $1,200.25 | $16,189.14 |
| **Gross Pay** | **$1,200.25** | $16,189.14 |

| Payout Amounts | | |
|---|---|---|
| Manual Check | $1,200.25 | |

## Earnings Statement

**John Ziol**
1701 N 6th St Unit 102
Philadelphia, PA 19122
SSN: ••• ••████

**Pay Date**
Apr 16, 2026

**Pay Period**
Apr 5, 2026 — Apr 11, 2026

**Anthony Michael Reilly
DBA Franklins Barber
Shop**
225 E Girard Ave
Philadelphia, PA 19125
267-709-9750

**Square Payroll**

| Hours and Earnings | Current | YTD |
| --- | --- | --- |
| Amount | $948.60 | $17,137.74 |
| **Gross Pay** | **$948.60** | **$17,137.74** |
| **Payout Amounts** | | |
| Manual Check | $948.60 | |

# Earnings Statement

**John Ziol**
1701 N 6th St Unit 102
Philadelphia, PA 19122
SSN: ••• ••▮▮▮▮

**Pay Date**
Apr 23, 2026

**Pay Period**
Apr 12, 2026 — Apr 18, 2026

**Anthony Michael Reilly
DBA Franklins Barber
Shop**
225 E Girard Ave
Philadelphia, PA 19125
267-709-9750

**Square Payroll**

| Hours and Earnings | Current | YTD |
| --- | --- | --- |
| Amount | $1,180.54 | $18,318.28 |
| **Gross Pay** | **$1,180.54** | **$18,318.28** |

| Payout Amounts | | |
| --- | --- | --- |
| Digital Federal Credit Union | $1,180.54 | |

# Earnings Statement

**John Ziol**
1701 N 6th St Unit 102
Philadelphia, PA 19122
SSN: ••• ••  ▮▮▮▮

**Pay Date**
May 7, 2026

**Pay Period**
Apr 26, 2026 — May 2, 2026

**Anthony Michael Reilly
DBA Franklins Barber
Shop**
225 E Girard Ave
Philadelphia, PA 19125
267-709-9750

**Square Payroll**

| Hours and Earnings | Current | YTD |
| --- | --- | --- |
| Amount | $1,213.15 | $20,547.34 |
| **Gross Pay** | **$1,213.15** | **$20,547.34** |

| Payout Amounts | |
| --- | --- |
| Digital Federal Credit Union | $1,213.15 |

# Earnings Statement

**John Ziol**
1701 N 6th St Unit 102
Philadelphia, PA 19122
SSN: ••• ••██

**Pay Date**
May 14, 2026

**Pay Period**
May 3, 2026 — May 9, 2026

**Anthony Michael Reilly
DBA Franklins Barber
Shop**
225 E Girard Ave
Philadelphia, PA 19125
267-709-9750

**Square Payroll**

| Hours and Earnings | Current | YTD |
|---|---|---|
| Amount | $841.50 | $21,388.84 |
| **Gross Pay** | **$841.50** | **$21,388.84** |

| Payout Amounts | | |
|---|---|---|
| Digital Federal Credit Union | $841.50 | |